Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582
greg@karasiklawfirm.com

Sahag Majarian II (SBN 146621)
sahagii@aol.com
**Law Office of Sahag Majarian II**
18250 Ventura Blvd.
Tarzana, California 91356
Tel (818) 609-0807
Fax (818) 609-0892

Attorneys for Plaintiff
Hugo Garcia

John A. Conkle (SBN 117849)
**Conkle, Kremer & Engel, PLC**
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
Tel (310) 998-9100
Fax (310) 998-9109

Attorneys for Defendant
Flying Food Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GARCIA, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLYING FOOD GROUP, LLC; and DOES 1 through 10.<br><br>Defendants. | Case No. CV 14-0582 BRO-SSx<br><br>CLASS ACTION<br><br>**ORDER RE DISMISSAL** |

Good cause having been shown, the Court approves the parties' Stipulation of Dismissal and orders that Plaintiff's collective action and class action claims are hereby

1

ORDER RE DISMISSAL

dismissed without prejudice, Plaintiff's individual claims are hereby dismissed with prejudice, and each party shall bear its own respective costs and fees.

IT IS SO ORDERED.

DATED: January 5, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge